IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ASSOCIATION OF TAXICAB OPERATORS, U.S.A., *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:10-CV-1638-N |
| YELLOW CHECKER CAB COMPANY OF DALLAS/FORT WORTH, INC. *et al.*, | § § § § | |
| Defendants. | § § | |

### FINAL JUDGMENT

This addresses Plaintiffs' motion for voluntary dismissal [Doc. 56] and Defendants' motion to dismiss the action pursuant to Federal Rule of Civil Procedure 41(b) [60].  The Court previously granted partial summary judgment for Defendant Yellow Checker Cab Company of Dallas/Fort Worth, Inc. as to Plaintiffs' Sherman Act claims and Clayton Act predatory pricing and price fixing claims; for Defendant Jet Taxi, Inc. as to Plaintiffs' Sherman Act and Clayton Act predatory pricing claims; and for Defendant Irving Holdings, Inc. as to Plaintiffs' Clayton Act claims [44].  The Court dismisses those claims with prejudice.  The Court now grants the Plaintiffs' motion and dismisses the remaining claims without prejudice.  All other relief not expressly granted is denied.  Court costs are taxed against the party incurring those costs.  This is a final judgment.

Signed October 1, 2013.

David C. Godbey
United States District Judge