# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

10 CV 1638

No. 13-11190

---

ASSOCIATION OF TAXICAB OPERATORS USA; D.E.C.D.A., INCORPORATED, doing business as Starcab; MAREDI, CORPORATION; E.P.D.A., INCORPORATED; WALAAL CORPORATION, doing business as Ambassador Cab Company; ET AL,

        Plaintiffs - Appellees

v.

YELLOW CHECKER CAB COMPANY OF DALLAS/FORT WORTH, INCORPORATED; MSS TRANSPORTATION, doing business as Freedom Cab Company; IRVING HOLDINGS, INCORPORATED; ABC CAB, INCORPORATED, doing business as Eagle Cab Company; JET TAXI, INCORPORATED; U.S. CAB, L.L.C.; AMBACO, L.L.C., doing business as Diamond Cab Company; RACASON, INCORPORATED, doing business as State Taxicab Company,

        Defendants - Appellants

---

Appeal from the United States District Court for the
Northern District of Texas, Dallas

---

CLERK'S OFFICE:

    Under FED R. APP. P. 42(b), the appeal is dismissed as of December 30, 2013, pursuant to appellants' motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Linda B. Miles, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:

Clerk, U. S. Court of Appeals, Fifth Circuit

By _____
Deputy
New Orleans, Louisiana
3 0 DEC 2013

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

December 30, 2013

Ms. Karen S. Mitchell  
Northern District of Texas, Dallas  
United States District Court  
1100 Commerce Street  
Earle Cabell Federal Building  
Room 1452  
Dallas, TX 75242



    No. 13-11190   Assoc of Taxicab Operators USA, et al v. Yellow Checker Cab Company, et al  
                  USDC No. 3:10-CV-1638

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____  
                              Linda B. Miles, Deputy Clerk  
                              504-310-7709

cc w/encl:  
    Mr. Kelly Dean Hollingsworth  
    Mr. Michael Forest Nelson